UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

BRIAN BEHOVITZ, et al.

    Plaintiff

v.

    Case No. 24-cv-332

    Hon. Paul L. Maloney

COUNTY OF BARRY by its BOARD OF
COMMISSIONERS; et al.

    Magistrate Judge Phillip J. Green

    Defendants

    _____/

**STIPULATED ORDER EXTENDING TIME FOR DEFENDANTS TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiffs and Defendants that the deadline for Defendants Counties of Berrien, Calhoun, and Ingham, and Alan Fox, Eric Schertzing, Shelly Weich, Brian Wensauer and Bret Witkowski to file their reply brief in support of their Motion to Dismiss be extended from July 12, 2024 to August 2, 2024.

    **IT IS SO ORDERED.**

                                   **HON. PAUL L. MALONEY**
                                   **United States District Judge**

Dated: July ___, 2024

**IT IS SO STIPULATED:**

On behalf of our clients, we stipulate to entry of the above order.

| | |
|---|---|
| VISSER AND ASSOCIATES, PLLC | CLARK HILL PLC |
| */s/ Donald R. Visser (w/consent)* | */s/ Charles A. Lawler* |
| Donald R. Visser (P27961) | Charles A. Lawler (P65164) |
| Daniel O. Myers (P49250) | Magy E. Shenouda (P85576) |
| Donovan J. Visser (P70847) | Attorneys for Defendants |
| VISSER AND ASSOCIATES, PLLC | 215 S. Washington Square, Suite 200 |
| Attorneys for Plaintiffs | Lansing, MI 48933 |
| 2480 44th Street, S.E., Suite 150 | (517) 318-3100 |
| Kentwood, MI 49512 | clawler@clarkhill.com |
| (616) 531-9860 | mshenouda@clarkhill.com |